IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY MEANS,

       Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                         Case No. 13-cv-146-bbc

DR. COX,

       Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case without prejudice for plaintiff's failure to

prosecute it.

| | |
|---|---|
| /s/ by E. Clark, Deputy Clerk | 10/03/2013 |
| Peter Oppeneer, Clerk of Court | Date |